# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

# BILL OF INFORMATION FOR CONSPIRACY TO USE TELEPHONES IN AID OF BRIBERY AND USE OF TELEPHONES IN AID OF BRIBERY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 09- 133-JJB-DLD |
| | : | |
| versus | : | 18 U.S.C. § 371 |
| | : | 18 U.S.C. § 1952 |
| FLITCHER R. BELL | : | 18 U.S.C. § 2 |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE

At All Times Relevant to this Bill of Information:

1) **FLITCHER R. BELL**, defendant herein, was employed as a senior prosecutor at the Baton Rouge City Prosecutor's Office. His duties and responsibilities involved prosecuting defendants in criminal and traffic matters pending in Baton Rouge City Court ("BRCC").

2) BRCC handled all municipal traffic and misdemeanor criminal offenses, such as battery and domestic violence, initiated by the Baton Rouge City Police Department, including municipal summonses and in-custody arrests.

### Conspiracy

3) From at least in or about 2006 until at least October 2009, within the Middle District of Louisiana, defendant **FLITCHER R. BELL** did conspire and agree with others to commit offenses against the United States, namely, to use facilities in interstate commerce, that is telephones, with the intent to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is bribery,

in violation of Title 14, Louisiana Revised Statutes, Section 118, and thereafter perform acts to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment, and carrying on of said unlawful activity, in violation of Title 18, United States Code, Section 1952, and did aid and abet the commission of said conspiracy.

## Manner and Means

4) It was part of the conspiracy that **BELL**'s coconspirators solicited and obtained money from individuals with criminal and traffic matters pending in BRCC with the promise that the charges would be dismissed, reduced, or otherwise "fixed."

5) It was further part of the conspiracy that **BELL**'s coconspirators gave **BELL** a portion of the money referenced in the previous paragraph and, in exchange, **BELL** dismissed, reduced, or otherwise "fixed" the relevant charges.

## Overt Acts

6) From at least in or about 2006 until in or about October 2009, in furtherance of the conspiracy, and to accomplish the objects thereof, **BELL** routinely took cash payments from his coconspirators in exchange for **BELL** dismissing, reducing, or otherwise "fixing" criminal and traffic matters pending in BRCC. Such payments followed telephone conversations between **BELL** and the coconspirators regarding the bribe payments. For example, on or about May 12, 2009, after using a telephone to arrange the logistics, **BELL** received hundreds of dollars in cash from one of his coconspirators in exchange for **BELL** dismissing a criminal matter pending in BRCC pertaining to an undercover FBI agent who was posing as an individual named Ahmad Mousa Abd-alsalam.

The above is a violation of Title 18, United States Code, Sections 371 and 2

## COUNT TWO

7) Paragraphs 1, 2, and 6 of this bill of information are incorporated herein.

8) On or about May 12, 2009, in the Middle District of Louisiana, **FLITCHER R. BELL**, defendant herein, did use and cause to be used a facility in interstate commerce, that is a telephone, in that **BELL** used his cellular telephone to speak with E.J., with the intent to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is bribery, in violation of Title 14, Louisiana Revised Statutes, Section 118, and thereafter did perform and attempt to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment, and carrying on of said unlawful activity, that is receiving cash in exchange for dismissing a criminal charge pending in BRCC pertaining to an undercover FBI agent who was posing as an individual named Ahmad Mousa Abd-alsalam.

The above is a violation of Title 18, United States Code, Sections 1952 and 2.

UNITED STATES OF AMERICA, by

DAVID R. DUGAS
UNITED STATES ATTORNEY

October 29, 2009
DATE

COREY R. AMUNDSON
ASSISTANT U.S. ATTORNEY

M. PATRICIA JONES
ASSISTANT U.S. ATTORNEY

## Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City  Baton Rouge

County/Parish  East Baton Rouge

**Matter to be sealed:** ☐ No  ☒ Yes

**Related Case Information:**

Superseding Indictment _____  Docket Number _____
Same Defendant _____  New Defendant _____
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
Any Other Related Cases:  09-131 and 09-132

**Defendant Information:**

Defendant Name  Flitcher R. Bell

**U.S. Attorney Information:**

AUSA  Corey R. Amundson  Bar #  28865

**Interpreter:** ☒ No  ☐ Yes  List language and/or dialect: _____

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations**

Total # of Counts:  1  ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| set 1  18:371 | Conspiracy to use telephones in aid of bribery | 1 |
| set 2  18:1952 | Use of telephones in aid of bribery | 2 |
| set 3 | | |
| set 4 | | |

(May be continued on second sheet)

**Date:** _____  **Signature of AUSA:** _[signature]_

**District Court Case Number (To be filled in by deputy clerk):** _____