UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| *versus* : | CRIMINAL NO. 09-133 |
| : | |
| FLITCHER R. BELL : | |

### FACTUAL STIPULATION

The United States and the defendant stipulate, pursuant to Section 6B1.4 of the United States Sentencing Guidelines, to the following facts:

Flitcher R. Bell (hereinafter referred to as "the defendant") was employed at all relevant times as a senior prosecutor at the Baton Rouge City Prosecutor's Office. His duties and responsibilities involved prosecuting defendants in criminal and traffic matters pending in Baton Rouge City Court ("BRCC"). BRCC handled all municipal traffic and misdemeanor criminal offenses, such as battery and domestic violence, initiated by the Baton Rouge City Police Department, including municipal summonses and in-custody arrests.

From at least 2006 until October 2009, the defendant accepted cash, gifts, and other things of value in exchange for dismissing, reducing, or otherwise "fixing" criminal and traffic charges pending in BRCC. The defendant typically received the cash, gifts, and other things of value through a so-called middleman who had typically received such things of value from the individual with the pending charge(s). The middleman would typically take a portion of the money as a fee to facilitate the bribes. The actual bribe payments to the defendant were occasionally preceded by telephone calls to either arrange a meeting or

otherwise facilitate the scheme.

Such bribe payments were often facilitated by middleman E.J. who marketed himself on the street as able to fix criminal charges in both Baton Rouge City Court and the Nineteenth Judicial District Court. E.J. was a leader of the scheme which involved the defendant, E.J., and many others.

As an example of the bribery scheme, on or about May 12, 2009, after using a telephone to arrange the logistics, E.J. provided the defendant with a cash payment in exchange for the defendant dismissing a criminal matter pending in BRCC pertaining to an undercover FBI agent who was posing as an individual named Ahmad Mousa Abd-alsalam.

On or about October 14, 2009, the defendant was approached by agents with the Federal Bureau of Investigation and informed of the two year federal investigation of his activities, including the use of wire-taps and undercover FBI agents. The defendant immediately admitted to his role in the above bribery scheme and agreed to cooperate by providing truthful information and engaging in covert operations. Thereafter, the defendant retained an attorney, continued to cooperate, and immediately agreed to plead guilty.

The defendant understands the Court is not bound by this stipulation.

This Factual Stipulation is entered into this 29th day of October, 2009, at Baton Rouge, Louisiana.

_____
Flitcher R. Bll
Defendant

_____
Steven Moore
Attorney for Defendant

_____
Corey R. Amundson
Assistant United States Attorney

_____
M. Patricia Jones
Assistant United States Attorney